UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHRISTOPHER JAHN,<br><br>　　　　　　　　　　　Plaintiff<br><br>v.<br><br>TESLA, INC.,<br><br>　　　　　　　　　　　Defendant. | Case No. 3:24-CV-00276-MMD-CLB<br><br>**ORDER DIRECTING COMPLAINT TO BE FILED AND DIRECTING PLAINTIFF TO SERVE SUMMONS AND COMPLAINT ON DEFENDANT** |

　　　　On June 28, 2024, Plaintiff filed a motion for leave to proceed *in forma pauperis* ("IFP") and a *pro se* complaint. (ECF Nos. 1, 1-1.) Plaintiff's IFP application was insufficient and was denied without prejudice. The Court gave Plaintiff 30 days to file a completed IFP application or pay the full $402 filing fee. (ECF No. 4.) On July 19, 2024, Plaintiff paid the $402 filing fee. (ECF No. 5.) At that time the complaint should have been filed on the docket, but it appears the complaint was inadvertently not filed.

　　　　Pursuant to Federal Rule of Civil Procedure 4, "[o]n or after filing the complaint, the plaintiff may present a summons to the clerk for signature and seal" for the clerk to sign, seal and issue to the plaintiff for service (along with the complaint) on the defendant. Fed. R. Civ. P. 4(b), 4(c)(1). Plaintiff is responsible for having the defendant served with the summons and complaint within 90 days. Fed. R. Civ. P. 4(c)(1), 4(m).

　　　　Consistent with the above, **IT IS ORDERED** that the Clerk shall file the complaint, (ECF No. 1-1).

　　　　**IT IS FURTHER ORDERED** that Plaintiff is responsible for having the defendant served with the summons and complaint on or before **April 7, 2025.** Fed. R. Civ. P. 4(c)(1), 4(m). Failure to properly effectuate service will result in dismissal of this action without prejudice.

　　　　**DATED**: January 6, 2025    .

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**