Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

```
_Filed  _Received  _Entered  _Served On
           Counsel/Parties of Record

              JUN 2 8 2024

           Clerk US District Court
             District of Nevada
By:_____ Deputy
```

# UNITED STATES DISTRICT COURT

for the

District of Nevada

Division Reno

| | |
|---|---|
| **CHRISTOPHER JAHN** | Case No. 3:24-cv-00276 |
| *Plaintiff(s)* | |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: *(check one)*  Yes  No |
| -v- | |
| **TESLA, INC.** | |
| *Defendant(s)* | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | **CHRISTOPHER JAHN** |
   | Street Address | **1532 CHESTER SQ** |
   | City and County | **SPARKS WASHOE COUNTY** |
   | State and Zip Code | **NEVADA 89431** |
   | Telephone Number | **(775) 224-9031** |
   | E-mail Address | **CHRIS.S.JAHN@GMAIL.COM** |

Page 1 of 7

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | **TESLA, INC.** |
| Job or Title *(if known)* | |
| Street Address | **901 PAGE AVE** |
| City and County | **FREMONT** |
| State and Zip Code | **CALIFORNIA 94538** |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

---

Defendant No. 4
- Name
- Job or Title *(if known)*
- Street Address
- City and County
- State and Zip Code
- Telephone Number
- E-mail Address *(if known)*

C. **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | TESLA, INC. |
| Street Address | 1 ELECTRIC AVE |
| City and County | SPARKS WASHOE COUNTY |
| State and Zip Code | NEVADA 89434 |
| Telephone Number | |

II. **Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

    **Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race,**

    **color, gender, religion, national origin).**

    *(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

    *(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

Other federal law *(specify the federal law)*:

**Relevant state law** *(specify, if known)*:

**(NRS 453.554) (NRS 453.556) (NRS 453.566)**

Relevant city or county law *(specify, if known)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

Failure to hire me.

**Termination of my employment.**

Failure to promote me.

Failure to accommodate my disability.

Unequal terms and conditions of my employment.

**Retaliation.**

Other acts *(specify)*:

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)

**SEPTEMBER 21 2023**

C. I believe that defendant(s) *(check one)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

<u>**is/are still committing these acts against me.**</u>

is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

    race

    color

    gender/sex

    **religion**        **SEE BELOW/ATTACHED**

    national origin

    age *(year of birth)*        *(only when asserting a claim of age discrimination.)*

    disability or perceived disability *(specify disability)*

E. The facts of my case are as follows. Attach additional pages if needed.

On September 21 2023 the defendant terminated the plaintiff's employment at approximately 11:30AM citing drug paraphernalia allegedly seen in the plaintiff's vehicle on September 20 2023.

The morning of September 20 2023 the plaintiff reported late to scheduled shift start at 6:00AM due to a medical event and religious observation that did not occur on company property. An Officer of the Storey County Sheriff's Department responded to concerns of nearby pedestrians with the interaction concluding at 7:15AM. No citations were issued proceeding the interaction. Documentation of the Incident Report was later obtained.

Prior to the termination of the plaintiff an internal investigation was opened on behalf of another employee against the plaintiff regarding <u>Case No. 23 PO 00130 3F</u> filed in the Justice Court of Canal Township in and for the County of Lyon, State of Nevada.

**Additional Documentation will be included.**

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

IV. **Exhaustion of Federal Administrative Remedies**

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct

on *(date)*

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

---

JANUARY 12 2024

B. The Equal Employment Opportunity Commission *(check one)*:

has not issued a Notice of Right to Sue letter.

<u>**issued a Notice of Right to Sue letter, which I received on**</u> *(date)*   03/31/2024

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

60 days or more have elapsed.

less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The plaintiff requests the following relief in preferential order;
1) Reinstatement of employment; a possibility as noted in the defendant's drug policies.
2) Elevation to hourly wage of impacted career; $32.03 ($29.12 and differential of 10%)
3) Compensation of lost wages as calculated;

From the dates of;

September 21 2023 - January 02 2024 calculated as 44 hours per week at $21.50 for a total of $946 per week for 15 weeks resulting in; <u>$14,025.00;</u>

January 02 2024 - June 29 2024 a difference in wages calculated as 40 hours per week at $17.00 resulting in; $680.00. Per week difference calculated as $946 minus $680 per week for a total of $266 per week for 26 weeks resulting in; <u>$6,916.00.</u>

A Total sum of $20,941.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.



**For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:

Signature of Plaintiff

Printed Name of Plaintiff        CHRISTOPHER JAHN

**B.    For Attorneys**

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

San Francisco District Office
450 Golden Gate Avenue 5 West, PO Box 36025
San Francisco, CA 94102
(650) 684-0910
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 03/31/2024

To: Mr. Christopher S. Jahn
1532 Chester Square
SPARKS, NV 89431
Charge No: 550-2024-00830

EEOC Representative and email:   AKIBA BRADFORD
Investigator
Akiba.Bradford@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 550-2024-00830.

On behalf of the Commission,

*Scott Doughtie*
FOR: Nancy A. Sienko
District Director

# STOREY COUNTY SHERIFF'S OFFICE
## CAD INCIDENT REPORT
2309200004

**Location:** PILOT TRAVEL CENTER # 1359, 400 USA PARKWAY
**Cross Streets:** BRITAIN DR/FOR LOFFNO
**City:** MCCARRAN

**Incident Type:** DUI - DRUNK/IMPAIRED DRIVER (REDD)
**Call Taker:** S055
**Dispatcher:** S055

**Date:** 09/20/2023
**Priority:** 1
**Primary Unit:** 5179
**Beat:** S
**Fire Zone:** S1
**Area:** 2
**Map:** 605
**Source:** 9-1-1 CALL

**Caller Name:**
**Caller Address:**
**Caller Phone:**

**Dispositions:** Action Taken (Case #)
**Weapon:**
**Alrt Level:**
**Case Number:**

**Vehicles:** 2021 Black Subaru Crosstrek, CW9A3B/NV
**Associated Incidents:**

**Incident Times**
- Received: 06:49:44
- Created: 06:54:33
- Dispatched: 06:54:39
- En Route: 06:54:42
- On Scene: 06:56:57
- Closed: 07:15:05
- Rcvd-Closed: 25:21

**Special Circumstances:**

**Persons:** Jahn, Christopher Steven
**Sex:** M **DOB:** 05/09/1993 **Race:** **DL:**

| Unit Times | Deputies | Dispatched | Enroute | On Scene | Clear | Disp-On Scene | Enrt-On Scene | On Scene-Clear | Disp-Clear |
|---|---|---|---|---|---|---|---|---|---|
| 5179 | 5179 | 06:54:39 | 06:54:42 | 06:56:57 | 07:15:05 | 02:18 | 02:15 | 18:08 | 20:26 |

**Incident Comments:**
CK FOR A BLACK SUBARU CROSS TREK SPORT- WMA BEARD - TALL SKINNY WMA - WEARING A GRAY HOODIE JEANS BASEBALL CAP -VEH IS LOC AT THE FAR END OF THE PARKING BACK RIGHT -RP CONCERNED THE SUBJ MAY DRIVE- SUBJ WAS OBSERVED SMOKING SOMETHING OUT OF A BOWL AND THEN VOMITING OUTSIDE HIS VEH/SUBJ WENT INTO THE STORE

| TIME | # | EVENT | BY |
|---|---|---|---|
| 06:54:33 | 1 | Incident initiated at Pilot Travel Center # 1359, 400 USA Parkway, Mccarl | S055 |
| 06:54:34 | 2 | DSPT Veh: CW9A3B/NV | S055 |
| 06:54:35 | 3 | Sending Incident to OI Pager | S055 |
| 06:54:39 | 4 | 5179 DISP: Pilot Travel Center # 1359, 400 USA Parkway, McCarran | S055 |
| 06:54:42 | 5 | 5179 10-76. | S055 |
| 06:56:57 | 6 | 5179 10-23. | S055 |
| 07:00:08 | 7 | 5179 DSPT Veh: CW9A3B/NV | S055 |
| 07:03:41 | 8 | 5179 JAHN, CHRISTOPHER STEVEN (05/09/1993) | S055 |
|  | 9 |  |  |
| 07:03:41 | 10 | 5179 DSPT Name: JAHN,CHRISTOPHER STEVEN | S055 |
| 07:05:05 | 11 | ADVISED OF DETAILS- VIOLENCE/WEAPONS ON AN EXP TPO | S055 |
| 07:05:13 | 12 | 5179 CODE 4 | S055 |
| 07:09:29 | 13 | 5179 CODE 4 | S055 |
| 07:14:20 | 14 | 5179 MEDICAL ISSUE/NEG DRUGS/HE IS ON THE WAY TO WORK | S055 |
| 07:15:05 | 15 | 5179 10-8, CONTACT MADE/NEG 10-55 - MEDICAL ISSUE | S055 |
| 07:15:05 | 16 | 5179 Closed - Disposition AT | S055 |
| 07:15:07 | 17 | Sending Incident to OI Pager | S055 |

DEP. SNOW



June 28, 2023
To: Christopher Jahn
Re: Employee Change Notification

Dear Christopher,

This is to inform you of the following change in your employment at Tesla:

Effective Date : July 10, 2023
Base Pay : USD 21.50 Hourly

We look forward to transitioning the world to sustainable energy with you. Your employment at Tesla remains at-will and the company continues to reserve the right to modify your title, manager, location, shift, compensation and benefits from time to time, as it deems necessary.

If you have any questions, please feel free to contact your HR Partner.

Paul Shelly
Production Supervisor

 Gmail     Chris Jahn <chris.s.jahn@gmail.com>

## Panasonic - Shift Lead Next Steps!

**Cassandra Ferguson** <notification@jobvite.com>     Thu, Oct 12, 2023 at 9:31 AM
Reply-To: Cassandra Ferguson <j41hn7hsl@jobvite.com>
To: Christopher Jahn <chris.s.jahn@gmail.com>



Assembly Shift Lead I D Shift (PENA)
Panasonic Energy of North America

Hello Christopher ,

I have reviewed your application for employment with Panasonic Energy of North America for our Shift Lead position.

This position has an hourly pay rate of $29.12.
Our night shift employees are provided a 10% Shift Differential in addition to the hourly rate of pay.

We are looking for a Shift Lead who has a strong desire to learn and understand processes, inspire and encourage team members, lead with safety in mind and bring forth new ideas. We are hoping to find an individual who aspires to eventually develop into a Supervisor and become a changemaker with us at Panasonic.

Our Shift Leads must encompass our 7 Principles:

1. **Contribution to Society**
   We will follow the Basic Management Objective for society's benefit.
2. **Fairness and Honesty**
   We will be fair and honest in all our business dealings and personal conduct.
3. **Cooperation and Team Spirit**
   We will combine our abilities to accomplish our shared goals together and value team spirit.
4. **Untiring Effort for Improvement**
   We will try to improve our business ability to contribute to society.
5. **Courtesy and Humility**
   We will always be cordial and modest and respect others for good social relationships.
6. **Adaptability**
   We will continually adapt our thinking and behavior to meet the ever-changing conditions around us.
7. **Gratitude**
   We will act out of a sense of gratitude for all the benefits we have received

To prepare yourself for our interview, please watch this 6 minute video:
Meet Mr. Matsushita