1  Your name: Christopher Jahn
2  Address: 1532 Chester Sq
3  Sparks NV, 89431
4  Phone Number: (775) 338-5365
5  E-mail Address: Chris.S.Jahn@gmail.com
6  Pro se

Filed __ Received __ Entered __ Served On
Counsel/Parties of Record
APR 1 0 2025
Clerk US District Court
District of Nevada
By: _____ Deputy

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Christopher Jahn

Plaintiff,

vs.

Tesla Inc.,

Defendant.

Case Number: 3:24-CV-00276-MMD-CLB

**MOTION TITLE:**

Motion to Extend Timeframe to serve Defendant with Complaint

## I. INTRODUCTION

[*Briefly explain who you are and summarize what you are asking the court to decide.*]

I, Christopher Jahn (the plaintiff), am requesting additional time to serve the defendant with the complaint. The plaintiff requests that the court considers the requests listed.

Page 1 of 4

## II. ISSUES TO BE DECIDED

[*Write each question or request that you are asking the court to decide in this motion. There may be one issue, or more. See the instructions for examples.*]

1. Stop calculations of relief at the date of the original filing ~~date~~ (June 28th 2024) to be restarted at the time of service.

2. Extension of date for having the defendant served by sixty days.

3. Reconsideration to proceed in forma pauperis (IFP)

4. _____

5. _____

## III. MEMORANDUM OF POINTS AND AUTHORITIES

### A. Statement of Facts

[*Write the facts relevant to the motion. Add more pages as needed. At the end of each sentence, write where evidence of that fact can be found. See the instructions for more detail.*]

On June 28 2024, the plaintiff filed to proceed IFP. The application was dismissed. On September 17 2024, the plaintiff filed for Chapter 13 Bankruptcy. The case number is provided below

BK-N-24-50933-HLB

## B. Argument

[You should have an argument section for each issue that you listed on page 2. Explain why the court should rule in your favor on each issue. Provide facts and case law or statutes if you have any. Add more pages as needed, keeping in mind the applicable page limits in the instructions.]

1) Calculations should be paused for the defendant's equity.

2) At this time the plaintiff is unable to have the defendant served with the complaint due to financial hardship

3) Due to the financial hardship as noted by Case No. BK-N-24-50933-HLB Proceeding IFP is appropriate.

1
2
3
4
5
6
7
8
9
10
11
12

*[You must sign and date.]*

13
14                                        Respectfully submitted,
15
16   Date: April 7 2025    Sign Name: [signature]
17         04/07/2025      Print Name: Christopher John
18
19
20
21
22
23
24
25
26
27
28