**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| CHRISTOPHER JAHN, | Case No. 3:24-CV-00276-MMD-CLB |
| Plaintiff, | **REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE**[1] |
| v. | |
| TESLA, INC., | |
| Defendant. | |

Plaintiff Christopher Jahn ("Jahn") filed this action on June 28, 2024. (ECF No. 1.) On April 10, 2025, the Court granted Jahn's motion to extend time to serve the sole defendant in this case, Tesla, Inc. ("Tesla"), and ordered that service be executed on or before May 8, 2025. (ECF No. 10.) The Court warned that "[f]ailure to properly effectuate service will result in dismissal of this action without prejudice." (*Id.*) To date, no such proof of service has been filed.

Consequently, the Court recommends that the claims against Tesla be dismissed without prejudice for failure to effectuate service pursuant to Fed. R. Civ. P. 4(m). As Tesla is the sole defendant named in this case, the Court further recommends that the complaint, (ECF No. 7), be dismissed without prejudice and the case be closed.

Jahn is advised:

1.      Pursuant to 28 U.S.C. § 636(b)(1)(c) and Rule IB 3-2 of the Local Rules of Practice, a party may file specific written objections to this Report and Recommendation within fourteen days of receipt. These objections should be entitled "Objections to Magistrate Judge's Report and Recommendation" and should be accompanied by points and authorities for consideration by the District Court.

2.      This Report and Recommendation is not an appealable order and any

---

[1]      This Report and Recommendation is made to the Honorable Miranda M. Du, United States District Judge. The action was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and LR IB 1-4.

notice of appeal pursuant to Fed. R. App. P. 4(a)(1) should not be filed until entry of the District Court's judgment.

## I.   RECOMMENDATION

**IT IS THEREFORE RECOMMENDED** that Jahn's claims against Tesla be dismissed without prejudice.

**IT IS FURTHER RECOMMENDED** that Jahn's complaint, (ECF No. 7), be dismissed without prejudice.

**IT IS FURTHER RECOMMENDED** the Clerk **CLOSE** this case.

**DATED**: January 21, 2026.

_____
**UNITED STATES MAGISTRATE JUDGE**